UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-----------

UNITED STATES OF AMERICA,

       Plaintiff,                          No. 1:21-CR-75

v.                                         Hon. Hala Y. Jarbou
                                                 United States District Judge

SIDNEY MAURICE SCOTT, JR.,

       Defendant.

_____/

## ORDER

The parties have filed a stipulation agreeing to reschedule the final pretrial conference and jury trial in this matter.  (ECF No. 34.)

**IT IS ORDERED** that the parties' stipulation to reschedule is **GRANTED**.  Jury Trial is adjourned to **April 18, 2022, at 9:00 a.m.**  Counsel and the parties shall be present in the courtroom at **8:30 a.m.** to address preliminary matters.  The final pretrial conference is adjourned to **March 28, 2022, at 10:00 a.m.**

Date: February 9, 2022                                     /s/ Hala Y. Jarbou
                                                              HON. HALA Y. JARBOU
                                                               United States District Judge